# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Dkt. No. 24-1280** |
| | : | |
| v. | : | |
| | : | On appeal from judgment in |
| MARTIN EVERS, | : | No. 3:19-cr-00250-001 |
| Appellant | : | (M.D. Pa.) (Hon. Robert D. Mariani) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT OPENING BRIEF AND JOINT APPENDIX

Appellant Martin Evers hereby moves the Court to extend by ninety (90) days the deadline for submitting his opening Brief and the Joint Appendix in this matter. The government-appellee does not oppose this relief. In support of this request for extension, appellant states the following:

1. The Court issued a briefing schedule after transcripts were filed, directing appellant to submit his opening brief and the joint appendix on June 6, 2024. A verbal extension was granted and the due date is now June 20, 2024.

2. Counsel for appellant has determined that additional time is needed to review the record, complete legal research, draft the opening brief, and assemble the appendix. This case involves a complex factual backdrop of a physician's treatment of chronic pain in patients prone to addiction, plus

legal issues including the application of, *e.g.*, *Ruan v. United States*, 597 U.S. 450 (2022), to jury instructions given in the months after it was decided.

3. Undersigned counsel is new to the matter on appeal. Appellant Evers was charged under a 71-count superseding indictment and convicted of all charges. The voluminous record includes extensive pretrial briefing followed by *Daubert* and evidentiary hearings, with post-hearing submissions; a 14-day trial with testimony by 21 witnesses; and a contested sentencing. Undersigned counsel has been reviewing the record but requires additional time to analyze it, research and select issues, and prepare the opening Brief.

4. Counsel respectfully requests a significant extension for several reasons related to her professional obligations. Counsel for appellant is a solo attorney with responsibility for multiple matters. On May 21, for example, counsel had oral argument in this Court in *United States v. Blanding*, No. 21-1707 (3d Cir.). Shortly thereafter she relocated her office effective June 1, a process that has been unexpectedly time-consuming and disruptive.

5. Yesterday, June 17, the Supreme Court granted counsel's petition for a writ of certiorari to this Court in *Kousisis v. United States* (No. 23-909 (U.S.)), with the opening brief and the joint appendix likely to be due August 1, 2024. Counsel also has an expected deadline of August 21, 2024 for a reply brief in *United States v. Kail*, 21-10376 (9th Cir.). In addition, in recent weeks

counsel has been preparing for a resentencing ordered by this Court in *Kousisis*, which is currently scheduled for July 9. *United States v. Kousisis and Alpha Painting and Construction Co., Inc.*, 18-cr-130 (E.D. Pa.).

6. Counsel also has work-related out-of-state travel already scheduled for two stretches of June and July, for a speaking engagement and a board meeting of the National Association of Criminal Defense Attorneys.

7. Appellant Evers is incarcerated at FCI Danbury. As the preparation of the brief progresses, counsel will be communicating with appellant Evers via legal mail, legal phone calls, and plans at least one in-person visit to the facility. Mr. Evers will be involved in the process of preparing the brief to assist counsel in presenting his appeal to this Court. Counsel will need sufficient time to communicate with her client within the constraints of the rules of the Bureau of Prisons.

8. AUSA Michelle Olshefski has informed undersigned counsel that the government-appellee has no objection to the requested extension of time to file the opening brief and joint appendix.

WHEREFORE, for the foregoing reasons, Appellant Martin Evers respectfully requests that the Court extend by ninety (90) days, to September 18, 2024, the deadline for filing his opening Brief and the Joint Appendix.

Respectfully submitted,

<u>/s/ *Lisa A. Mathewson*</u>
Lisa A. Mathewson
Mathewson Law LLC
1617 John F. Kennedy Blvd., Suite 2027
Philadelphia, PA 19103
215-399-9592 (phone)
lam@mathewson-law.com

*Attorney for Appellant Martin Evers*

June 18, 2024

## CERTIFICATE OF COMPLIANCE

This document complies with the 5200-word limit prescribed by Fed.R.App.P. 27(d)(2)(A) for motions. This document contains 574 words exclusive of caption, signature block and certifications.

/s/ Lisa A. Mathewson

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing Motion via this Court's CM/ECF system, which will automatically serve it upon the parties of record.

/s/ Lisa A. Mathewson

Date: June 18, 2024