**MATHEWSON LAW LLC**

Tel: 215.399.9592

Lisa A. Mathewson
direct dial: 215.398.1642
lam@mathewson-law.com

March 15, 2026

<u>*Via Electronic Filing*</u>

Patricia S. Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re:   *United States v. Evers* (No. 24-1280), Argued Dec. 3, 2025

          Notice of Supplemental Authority, Fed.R.App.P. 28(j)

Dear Ms. Dodszuweit:

I write to call the Panel's attention to *Neumann's Pharmacy, LLC v. Drug Enforcement Admin.*, 167 F.4th 320 (5th Cir. Feb. 13, 2026).

The DEA revoked Neumann's Pharmacy's registration to dispense controlled substances after an Administrative Law Judge found that its pharmacist had disregarded "red flags" of improper prescribing and failed to document her claimed resolution of them.[1] *Id.* 325-26.  The Fifth Circuit vacated the agency action as "arbitrary and capricious" under the Administrative Procedure Act, holding that the DEA "misinterpreted its own regulations." *Id.* 328.

Pertinent here, the Fifth Circuit rejected the government's argument equating the "usual course of professional practice" with the state-law standard of care.  *Id.* 331.  The government argues the same in this case, though it waived the argument below.  Gov. Br. at 34-37; Reply at 5-9.

---

[1]    Pharmacists share a "corresponding responsibility" with physicians to ensure that controlled substances are dispensed only "for a legitimate medical purpose ... in the usual course of professional practice."  21 C.F.R. §1306.04(a); *see id.* §1306.06 (addressing who may fill prescription that is "effective" under §1306.04(a)).

Hon. P. Dodszuweit, Clerk
March 15, 2026
p.2

    *Neumann's Pharmacy* endorses the analysis Dr. Evers advanced in briefing and oral argument:  statutory purpose, history, and text, as well as the need to confine agency action to the authority Congress delegated—the authority to bar drug-dealing via prescription pad, not to regulate the practice of medicine—foreclose the government's argument.  167 F.4th at 331-33.

    Respectfully submitted,

    */s/ Lisa A. Mathewson*
    Lisa A. Mathewson
    Mathewson Law LLC
    1617 John F. Kennedy Blvd., Suite 2027
    Philadelphia, PA 19103
    215-399-9592
    lam@mathewson-law.com

    *Attorney for Appellant Martin Evers*